UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| BAIRD STOKES, | ) | |
| | ) | |
| Appellant, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 4:22-CV-66-BO** |
| v. | ) | |
| | ) | |
| BELHAVEN SHIPYARD AND | ) | |
| MARINA, INC., and WILLIAM AXSON | ) | |
| SMITH, JR., | ) | |
| | ) | |
| Appellee. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's order entered June 9, 2023, that the decision of the bankruptcy court is AFFIRMED.

**This Judgment Filed and Entered on June 9, 2023, and Copies To:**
Edwin M. Hardy      (via CM/ECF electronic notification)
Ciara L. Rogers      (via CM/ECF electronic notification)


DATE:                                                PETER A. MOORE, JR., CLERK
June 9, 2023                                    (By) /s/ Stephanie Mann
                                                                  Deputy Clerk